OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 20 2015

$ 000.27⁵

11/16/2015
ALMAZAN, MAYRA ALEJANDRA    Tr. Ct. No. 12-DCR-061928 HC1 WR-84,200-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

R+S

MAYRA ALEJANDRA ALMAZAN
SAN SABA UNIT TDC # 1938891
206 S. WALLACE CREEK RD.
SAN SABA, TX 76877

Discharged

EBN3B 76877